# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Keonte Wilson<br><br>Defendant(s) | ) Case: 1:25-mj-00190<br>) Assigned To: Judge Faruqui, Zia M.<br>) Assign. Date: 8/29/2025<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 28, 2025__ in the county of _____ in the Jurisdiction of the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS.

☑ Continued on the attached sheet.

*Complainant's signature*

Officer Anthony DelBorrell, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 29, 2025.

Date: 08/29/2025

*Judge's signature*

City and state: Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*