UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 25-CR-318 (TSC) |
| v. : | |
| : | |
| KEONTE WILSON, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE GRAND JURY MATERIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury to the defendant, Keonte Wilson, and his counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury that returned the instant indictment in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is appropriate because some grand jury testimony in this case constitutes material to which the defendants are

1

entitled as part of their discovery.

The United States conferred with counsel for the defendant regarding this motion and counsel had not expressed any objection.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure of grand jury testimony to the defendant and his counsel.

<div style="margin-left: 40%;">
Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY
</div>

By:            /s/
           MICHAEL C. LEE
           Assistant United States Attorney
           CT Juris No. 436272
           601 D Street, NW
           Washington, D.C. 20530
           202-252-7745
           Michael.Lee4@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 25-CR-318 (TSC)** |
| **v.** : | |
| : | |
| **KEONTE WILSON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' unopposed motion to disclose items protected by Federal Rule of Criminal Procedure 6(e), it is hereby:

ORDERED, that the motion is GRANTED, and it is further;

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

_____
THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

1