**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 25-CR-318 (TSC)** |
| **v.** | **:** | |
| | **:** | |
| **KEONTE WILSON** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**THE UNITED STATES' MOTION TO DISMISS INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss the indictment against the defendant Keonte Wilson without prejudice. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment . . . ."); *see also United States v. Borges*, 153 F. Supp. 3d 216, 219 (D.D.C. 2015) ("Under Rule 48, there is a strong presumption in favor of a no-prejudice dismissal unless the circumstances are 'exceptional' . . . ." (citation omitted)). Based on the Court's recent order granting the defendant's motion to suppress, dismissal is in the interests of justice. *See United States v. Karake*, No. 02-cr-256 (ESH), 2007 WL 8045732, at *1 (D.D.C. Feb. 7, 2007) (granting government motion to dismiss indictment without prejudice after the suppression of statements left the government unable to proceed to trial).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    _____/s/_____

MICHAEL C. LEE
Assistant United States Attorney
CT Juris No. 436272
601 D Street, NW
Washington, D.C. 20530
202-252-7745
Michael.Lee4@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 25-CR-318 (TSC)** |
| **v.** | **:** | |
| | **:** | |
| **KEONTE WILSON** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## [PROPOSED] ORDER

Upon consideration of the United States' motion to dismiss the indictment, the Court finds it appropriate to grant the United States leave to dismiss the indictment. It is therefore

**ORDERED** that the United States' motion to dismiss the indictment is **GRANTED**; and it is further

**ORDERED** that the indictment in this case be **DISMISSED** without prejudice as to the defendant Keonte Wilson.

**IT SO ORDERED**.

_____                    _____
Date                                         HON. TANYA S. CHUTKAN
                                             United States District Judge

2